IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

TORIA NEAL, on behalf of herself
and all others similarly situated                                                                          PLAINTIFFS

v.                                                                                              CAUSE NO: 1:22-CV-171-SA-RP

UNITED FURNITURE INDUSTRIES, INC. and
JOHN DOES 1-10                                                                                              DEFENDANTS

ORDER ADMINISTRATIVELY CLOSING CASE

On November 22, 2022, Toria Neal filed her Class Action Complaint [1] alleging that United Furniture violated the WARN Act when it laid off thousands of employees without giving adequate notice. On February 20, 2023, Neal filed a Suggestion of Bankruptcy [10] advising that an involuntary bankruptcy petition had been filed against United Furniture in the United States Bankruptcy Court for the Northern District of Mississippi. This Court therefore entered an Order [11] staying this case and directing Neal to provide the Court with periodic status updates every three months.

This case has now been stayed for over 18 months. The Court finds it appropriate to ADMINISTRATIVELY CLOSE the case at this time. Once the bankruptcy proceedings are resolved and, if necessary and appropriate, Neal may file a motion to reopen this case and request that it be returned to the Court's active docket.

SO ORDERED this the 9th day of September, 2024.

/s/ Sharion Aycock
UNITED STATES DISTRICT JUDGE